IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUSTIN ROBSON,

    Petitioner,           No. 2:12-cv-0384 LKK EFB P

    vs.

MARTIN BITER,

    Respondent.       ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On June 7, 2012, petitioner's mother filed a document in regards to her son's habeas proceeding. *See* Dckt. No. 14. However, petitioner's mother, who does not state that she is an attorney, has no authority to represent others in court, even her son. *See Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir.1997); *Church of the New Testament v. United States*, 783 F.2d 771, 773-74 (9th Cir. 1986). While petitioner may submit papers prepared by someone other than himself, he must sign those papers or otherwise acknowledge that he wants them filed on his behalf. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name--or by a party personally if the party is unrepresented.").

1

Here, petitioner has not signed the document filed by his mother.  Accordingly, the court will strike from the docket the above-referenced filings.

Accordingly, it is ORDERED that Docket Number 14 is stricken and the Clerk shall make a notation to that effect on the docket.

Dated:  July 3, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE